| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF WEST VIRGINIA | | |
| Case number *(if known)* _____ | Chapter | **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Beanery 119, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Beanery American Grill** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1476770** |
| 4. | **Debtor's address** | **Principal place of business**  **226 Comfort Drive**  **Morgantown, WV 26508**  Number, Street, City, State & ZIP Code    **Monongalia**  County | **Mailing address, if different from principal place of business**  **63 Don Knotts Boulevard, Suite 2**  **Morgantown, WV 26508**  P.O. Box, Number, Street, City, State & ZIP Code    **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://beaneryamericangrill.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Boston Hospitality Group, Inc.**   Relationship   **Parent Company**

District **Northern District of West Virginia**   When **7/01/17**   Case number, if known _____

Debtor **Beanery 119, LLC** Case number *(if known)*
Name
No. 1:17-bk-00711   Doc 1   Filed 07/01/17   Entered 07/01/17 11:11:46   Page 3 of 10

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
|  |  | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
|  |  | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No |
|---|---|---|
|  |  | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | . *Check one:* |
|---|---|---|
|  |  | ■ Funds will be available for distribution to unsecured creditors. |
|  |  | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>■ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 30, 2017**
             MM / DD / YYYY

X  **/s/ Patrick J. Padula**                          **Patrick J. Padula**
   Signature of authorized representative of debtor    Printed name

Title  **Manager**

**18. Signature of attorney**

X  **/s/ Todd B. Johnson**                   Date  **June 30, 2017**
   Signature of attorney for debtor                 MM / DD / YYYY

**Todd B. Johnson**
Printed name

**Johnson Law, PLLC**
Firm name

**PO Box 519**
**Morgantown, WV 26507-0519**
Number, Street, City, State & ZIP Code

Contact phone  **(304) 292-7933**   Email address

**9261**
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Beanery 119, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amber Motter<br>1302 Brunswick Ct<br>Morgantown, WV 26508 | | Current wages. | | | | $0.00 |
| AmTrust North America, Inc.<br>P.O. Box 6939<br>Cleveland, OH 44101 | | Workers Compensation insurance. | | | | $268.00 |
| Bessie Miller<br>1302 Brunswick Ct<br>Morgantown, WV 26508 | | Current wages. | | | | $0.00 |
| Brielle Donnelly<br>339 W. Washington Street<br>Grafton, WV 26354 | | Current wages. | | | | $0.00 |
| Brook Verbosky<br>5485 University Avenue<br>Star City, WV 26505 | | Current wages. | | | | $0.00 |
| Christopher Williamson<br>633 Hayes Avenue<br>Morgantown, WV 26501 | | Current wages. | | | | $0.00 |
| Cintas<br>P.O. Box 630910<br>Cincinnati, OH 45263 | | Laundry service. | | | | $89.84 |
| Clinton Water<br>703 Greenbag Road<br>Morgantown, WV 26508 | | Utility. | | | | $440.71 |
| Comcast<br>P.O. Box 3001<br>Southeastern, PA 19398 | | Utility. | | | | $426.54 |

| Debtor | **Beanery 119, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dominion Hope**<br>P.O. Box 26783<br>Richmond, VA 23261 | | **Utility.** | | | | $415.91 |
| **Erica Whitted**<br>P.O. Box 237<br>Morgantown, WV 26505 | | **Current wages.** | | | | $0.00 |
| **Gordon Food Service**<br>**Imperial Distribution Center**<br>225 Solar Drive<br>Imperial, PA 15126 | | **Food supplies.** | | $68,612.63 | Unknown | Unknown |
| **Haley Collins**<br>1425 Van Voorhis Rd Apt B<br>Morgantown, WV 26505 | | **Current wages.** | | | | $0.00 |
| **Hannah Harbert**<br>1081 4H Camp Road<br>Morgantown, WV 26508 | | **Current wages.** | | | | $0.00 |
| **Haylie McCollough**<br>901 Ashton Place<br>Morgantown, WV 26505 | | **Current wages.** | | | | $0.00 |
| **James B. Sailor**<br>1222 Vista del Rio Drive<br>Morgantown, WV 26508 | | **Current wages.** | | | | $0.00 |
| **Morgantown Disposal**<br>P.O. Box 1102<br>Uniontown, PA 15401 | | **Utility.** | | | | $180.00 |
| **NuCO2, Inc.**<br>P.O. Box 417902<br>Boston, MA 02241 | | **Services.** | | | | $430.17 |
| **PMSI**<br>167 Middletown Circle<br>Fairmont, WV 26554 | | **Utility.** | | | | $190.80 |
| **Solomons Beacon Inn Limited Partnership**<br>1800 West Pasewalk Ave #200<br>Norfolk, NE 68701 | | **Restaurant Lease.** | **Unliquidated** | | | $13,000.00 |

```
Beanery 119, LLC
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Todd B. Johnson
Johnson Law, PLLC
PO Box 519
Morgantown, WV 26507-0519


Amber Motter
1302 Brunswick Ct
Morgantown, WV 26508


AmTrust North America, Inc.
P.O. Box 6939
Cleveland, OH 44101


Bessie Miller
1302 Brunswick Ct
Morgantown, WV 26508


Boston Hospitality Group, Inc.
63 Don Knotts Boulevard, Suite 2
Morgantown, WV 26508


Brielle Donnelly
339 W. Washington Street
Grafton, WV 26354


Brook Verbosky
5485 University Avenue
Star City, WV 26505


Christopher Williamson
633 Hayes Avenue
Morgantown, WV 26501


Cintas
P.O. Box 630910
Cincinnati, OH 45263


Clinton Water
703 Greenbag Road
Morgantown, WV 26508
```

Comcast
P.O. Box 3001
Southeastern, PA 19398


CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209


Dominion Hope
P.O. Box 26783
Richmond, VA 23261


Erica Whitted
P.O. Box 237
Morgantown, WV 26505


Gordon Food Service
Imperial Distribution Center
225 Solar Drive
Imperial, PA 15126


Haley Collins
1425 Van Voorhis Rd Apt B
Morgantown, WV 26505


Hannah Harbert
1081 4H Camp Road
Morgantown, WV 26508


Haylie McCollough
901 Ashton Place
Morgantown, WV 26505


James B. Sailor
1222 Vista del Rio Drive
Morgantown, WV 26508


Jared Riggleman
920 Ashton Place
Morgantown, WV 26508


Jeramia Fowler
46 Rachel Road
Morgantown, WV 26508

Jordan Pettry
2355 Lower White Oak Road
Ashford, WV 25009


Katelyn Jeffrey
1642 Cassville Mt Morris Road
Morgantown, WV 26501


Melissa Wermers
177 Grey Ghost Road
Harpers Ferry, WV 25425


Morgantown Disposal
P.O. Box 1102
Uniontown, PA 15401


NCR Corporation
3925 Brookside Parkway
Alpharetta, GA 30022


NuCO2, Inc.
P.O. Box 417902
Boston, MA 02241


PMSI
167 Middletown Circle
Fairmont, WV 26554


Richard Shahan
121 Cassville-Mt. Morris Road
Morgantown, WV 26501


Shawna Vanderhoff
82 Forever Laurel Road
Rock Cave, WV 26234


Solomons Beacon Inn Limited Partnership
1800 West Pasewalk Ave #200
Norfolk, NE 68701

# United States Bankruptcy Court
## Northern District of West Virginia

In re   **Beanery 119, LLC**                                     Case No.
                              Debtor(s)                          Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Beanery 119, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Boston Hospitality Group, Inc.**
**63 Don Knotts Boulevard, Suite 2**
**Morgantown, WV 26508**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 30, 2017** | **/s/ Todd B. Johnson** |
| Date | **Todd B. Johnson 9261** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Beanery 119, LLC** |
| | **Johnson Law, PLLC** |
| | **PO Box 519** |
| | **Morgantown, WV 26507-0519** |
| | **(304) 292-7933 Fax:(304) 292-7931** |